IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ABIGAIL LOPEZ RODRIGUEZ

DEBTOR

CASE NO. 14-09749-BKT

CHAPTER 13

### DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329

TO THE HONORABLE COURT:

**NOW COMES, ABIGAIL LOPEZ RODRIGUEZ**, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated June 22, 2015, herewith and attached to this motion.

2. This Plan modification is filed to correct the amount of post-petition arrears owed to creditor Banco Popular de Puerto Rico.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent

Page -2-
Post confirmation modification of chapter 13 Plan
Case no. 14-09749-BKT13

via regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 22nd day of June, 2015.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                              Case No. **3:14-bk-9749**

**LOPEZ RODRIGUEZ, ABIGAIL**                                                    Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **6/22/2015**                                    ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION                        Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **150.00** x **6** = $ **900.00**
$ **215.00** x **44** = $ **9,460.00**
$ **225.00** x **10** = $ **2,250.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **12,610.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **12,610.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,868.00**

Signed: **/s/ ABIGAIL LOPEZ RODRIGUEZ**
          Debtor

          _____
          Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Popular De P**  Cr. **Banco Popular De P**  Cr. _____
# **Claim #1-1**    # **Post-Petition arrears**  # _____
$ **3,239.18**    $ **1,458.96**    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Auto Cash Inc**    Cr. _____    Cr. _____
# **2054**    # _____    # _____
$ **1,300.00**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
     **Banco Popular De P**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                   ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* Additional Attorney's Fees: $150.00 payment for the services rendered in connection to debtor(s)' post confirmation plan and related procedures for approval, pursuant to R. 2016 (f)(3).
* Debtor(s) to provide auto insurance (Eastern America Insurance Company) upon maturity to Auto Cash, Inc. through the Plan.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**          Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 14-09749-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Mon Jun 22 14:57:38 AST 2015 | BANCO POPULAR DE PUERTO RICO<br>c/o WVS LAW LLC<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 | BPPR AS SERVICING AGENT FOR AUTORIDAD PARA E<br>c/o WVS LAW LLC<br>17 MEXICO ST, SUITE D-1<br>SAN JUAN, PR 00917-2202 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AAA<br>PO Box 70101<br>San Juan, PR 00936-8101 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
| Auto Cash Inc<br>Carr PR3 Km. 79.2 Marginal Bo. Rio Abajo<br>Humacao, PR 00791 | Auto Cash, Inc.<br>PO Box 368001<br>San Juan PR 00936-8800 | BPPR AS SERVICING AGENT FOR AUTORIDAD PARA E<br>c/o WVS LAW LLC<br>17 MEXICO ST, SUITE D-1, SAN JUAN, PR 00 |
| Banco Popular De Puerto Rico<br>PO Box 2708<br>San Juan, PR 00936 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 |
| Syncb/jc Penney Pr<br>Po Box 965007<br>Orlando, FL 32896-5007 | T-mobile<br>12920 Se 38th Stre<br>Bellevue, WA 98006-7305 | ABIGAIL LOPEZ RODRIGUEZ<br>HC 11 BOX 12502<br>HUMACAO, PR 00791-9421 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

End of Label Matrix
Mailable recipients   17
Bypassed recipients    0
Total                 17