**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ABIGAIL LOPEZ RODRIGUEZ**<br>**aka ABIGAIL LOPEZ**<br><br>xxx–xx–0245<br><br>Debtor(s) | Case No. **14–09749 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 7/24/15 |

***ORDER***

The motion filed by the debtor requesting to modify the confirmed plan under 11 USC § 1329 and to confirm the amended plan 6/22/2015 (docket #35) is hereby granted. The hearing scheduled for 9/17/2015 is vacated and set aside.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, July 24, 2015.

Brian K. Tester
United States Bankruptcy Judge