## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**ABIGAIL LOPEZ RODRIGUEZ**<br>**aka ABIGAIL LOPEZ**<br><br>**xxx–xx–0245**<br><br>Debtor(s) | Case No. **14–09749 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 11/21/16 |

***ORDER***

The motion filed by Debtor requesting extension of time of 30 days to reply to Trustee's Motion to Dismiss (docket #58, 59) is hereby granted.

IT SO ORDERED.

In San Juan, Puerto Rico, this Monday, November 21, 2016 .

*/s/ Brian K. Tester*
Brian K. Tester
United States Bankruptcy Judge